UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STEVEN NACHSHEN,

        Plaintiff,

  - against -                                  **ORDER**

ESRT UNION SQUARE, L.L.C.,                19- CV-10318 (ALC) (KNF)
AND STARBUCKS CORPORATION,

        Defendants.

------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the respective parties on May 7, 2020.  As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

      1) all discovery, of whatever nature, shall be initiated so as to be completed on or before December 7, 2020;

      2) the last date on which to amend pleadings will be July 1, 2020;

      3) the last date on which to join additional parties will be July 1, 2020;

      4) any dispositive motion shall be made in accordance with the Individual Rules of Practice of the assigned district judge;

      5) if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before January 7, 2021.  That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge;

      6) a telephonic status conference shall be held with the parties on November 10, 2020, at 10:30 a.m.  The parties shall use call-in number (888) 557-8511 and, thereafter, enter access code 4862532; and

7) the defendants shall serve their Fed. R. Civ. P. 26(a)(1)(A) initial disclosures on or before May 21, 2020.

Dated:  New York, New York
       May 7, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE