UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN NACHSHEN, :

        Plaintiff, :

    - against - :       ORDER

EAST 10 UNION SQUARE, L.L.C., et al., :       19-CV-10318 (ALC)(KNF)

        Defendants. :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic conference was held with counsel to the respective parties on October 14, 2020. As a result of the discussion had during the conference, the parties are directed to modify their proposed protective order, consistent with the discussion had during the conference, and submit that modified document to the Court expeditiously.

Dated:  New York, New York         SO ORDERED:
       October 14, 2020

                                                  /s/ Kevin Nathaniel Fox
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE