USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/28/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN NACHSHEN,

                                 **Plaintiff,**

                  -against-

STARBUCKS CORPORATION, ET AL.,

                                **Defendants.**

19-cv-10318 (ALC)

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    January 28, 2021
            New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**