

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __08/02/2021__

Littler
900 Third
New York

Eric D. Witkin
212.497.8487 direct
212.583.9600 main
646.417.7546 fax
ewitkin@littler.com

July 27, 2021

**VIA ECF**

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square Room 435
New York, NY 10007

**MEMO ENDORSED**

Re:   *Nachshen v. ESRT 10 Union Square LLC & Starbucks Corp.* (SDNY - No. 19 CV 10318)

Dear Judge Carter:

Our law firm represents Defendants in this action. Defense counsel and counsel for the proposed substituted Plaintiff have finalized the terms of a written agreement to resolve this action subject to the Court's issuance of an order substituting Louise Nachshen as Plaintiff herein in lieu of the deceased Plaintiff Steven Nachshen.

Accordingly, on that basis, Defendants consent to Plaintiff counsel's motion requesting issuance of an Order substituting Louise Nachshen in her capacity as administrator of the Estate of Steven Nachshen, for the late Plaintiff Steven Nachshen, filed June 2, 2021 (ECF No. 70).

Respectfully,

Eric D. Witkin

cc:   All Counsel of Record (via ECF)

**Plaintiff's motion to substitute plaintiff for Louise Nachshen in her capacity as administrator of the Estate of Steven Nachshen is hereby GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 70.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: August 2, 2021

littler.com